To: Honorable Judge Mr. Autry

RECEIVED FEB 26 2021 BY MAIL

Date: 2-23-2021

4:18CR1036 HEA

From: Mr. Leslie T. Westfall Jr. #70725

Subject: Constitutional laws being Violated

Your Honor

In order to have fair treatment my constitutional law must be upheld and all elements against me must be unmasked to assure that I may prepair an adequate defence. Anything other than that is a violation of the set constitutional law that protects my rights. To have liberty all transcripts must be exposed.

Respectfully submitted
Leslie T. Westfall Jr.

*Leslie T. Westfall Jr.*
#70725

Note: Constitutional laws are based on the facts. Arbitrary and capricious acts are part of the assuption and perception family. My liberty is a right to my life to live with fair treatment. My constitutional laws are being and have been Violated without complete documents exposed.

Leslie Westfall #70725
Ste. Gen. Shf. Dpt.
5 Basler Drive
Ste. Genevieve, mo. 63670

MAILED FROM
STE GENEVIEVE
COUNTY
DETENTION CENTER

RECEIVED SAINT LOUIS MO 630
24 FEB 2021 PM 5 ␣
FEB 26 2021
BY MAIL

District Clerk off.
Hon. Judge Autry
U.S. District Court
ED/MO
111 South Tenth St.
St. Louis, mo. 63102

63102-112599