UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:18CR1036 HEA |
| | ) |
| LESLIE WESTFALL, | ) |
| | ) |
| Defendant. | ) |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge John M. Bodenhausen addressing Defendant's pending motions. Defendant did not file any objections within the prescribed time period.

Judge Bodenhausen thoroughly analyzes the law and facts in this matter. His recommendations are based on sound legal authority and detailed analysis. Upon review, the Court adopts the Report and Recommendation *in toto*.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss [Doc. No. 221] is **DENIED.**

**IT IS FURTHER ORDERED** that Westfall's Motion to Prohibit State Employee Testimony to Enforce Federal Firearms Law [Doc. No. 227] is **DENIED**.

**IT IS FURTHER ORDERED** that, to the extent Westfall's Pro Se Motion to Compel Evidence of Probable Cause [Doc. No. 278] is a suppression motion, it is **DENIED**.

**IT IS FURTHER ORDERED** that, to the extent Westfall's Pro Se Motion to Compel Evidence of Exclusive Jurisdiction [Doc. No. 279] is a motion to dismiss or a motion to reconsider a prior order of the Court, it is **DENIED**.

**IT IS FURTHER ORDERED** that Westfall's Motion to Suppress Evidence from the 2019 Cadillac [Doc. No. 282] is **DENIED.**

Dated this 2nd day of August, 2022.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE